# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| DRAGO KUELH FERGUSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No: 1:15-cv-01467-KOB-TMP |
| | ) |
| STATE OF ALABAMA, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on November 12, 2015, recommending that this action, filed pursuant to 42 U.S.C. § 1983, be dismissed under 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief can be granted. (Doc. 9).  No party has filed any objections.[1]

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court ADOPTS the magistrate judge's report and ACCEPTS his recommendation.  Accordingly, the court finds that

---

[1] The plaintiff filed a motion to compel on December 1, 2015 (doc. 10), which alleges that the Cleburne County Jail will not allow his family to deposit money into his inmate account. Because that motion was not signed, the court returned the motion for signing. (Doc. 11).  On December 8, 2015, the plaintiff refiled his motion to compel (doc. 12), seeking to have this court order that the Cleburne County Jail allow his family to make deposits, but he has not made any objections to the Report and Recommendation.  Because this action is due to be dismissed for the reasons set forth in the Report and Recommendation, the motions to compel will be **DENIED** as **MOOT**.

the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted.

The court will enter a separate Final Order.

**DONE and ORDERED** this 22nd day of December, 2015.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE